UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RODNEY DARNELL PORTER,<br><br>Defendant. | Case: 4:23-cr-20604<br>Judge: Behm, F. Kay<br>MJ: Ivy, Curtis<br>Filed: 10-25-2023 |

## INDICTMENT

**THE GRAND JURY CHARGES:**

<u>**COUNT ONE**</u>
**Felon in Possession of a Firearm**
**(18 U.S.C. § 922(g)(1))**

On or about October 16, 2023, in the Eastern District of Michigan, Rodney Darnell Porter, knowing he had been convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is, a Jimenez Arms, Inc., model JA-Nine, 9mm semi-automatic handgun, in violation of Title 18, United States Code, Section 922(g)(1).

1

## FORFEITURE ALLEGATIONS

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture. Pursuant to Fed.R.Cr.P. 32.2(a), the government hereby gives notice to the defendant of its intention to seek forfeiture of all proceeds of the alleged violations, direct or indirect, or property traceable thereto; all property that facilitated the commission of the violations alleged, or property traceable thereto; all property involved in, or property traceable to, the violations alleged in this Indictment.

Dated: October 25, 2023

DAWN N. ISON
United States Attorney

**THIS IS A TRUE BILL.**

s/Grand Jury Foreperson
GRAND JURY FOREPERSON

s/Anthony P. Vance
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices

s/William Orr for
TIMOTHY M. TURKELSON
Assistant United States Attorney
600 Church Street, Suite 210
Flint, MI 48502
Telephone number: (810) 766-5177
Timothy.turkelson@usdoj.gov

**Companion Case information MUST be completed by AUSA and initialed.**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes      ☑ No | **AUSA's Initials:** |

**Case Title:** USA v. Rodney Darnell Porter

**County where offense occurred :** Genesee

**Check One:**   ☑ Felony      ☐ Misdemeanor      ☐ Petty

```
____Indictment/____Information --- no prior complaint.
  X Indictment/____Information --- based upon prior complaint [Case number: 23-mj-30417    ]
____Indictment/____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].
```

**Superseding Case Information**

**Superseding to Case No:** _____      **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

October 25, 2023                                   *William Ortiz*, for
_____
Date
Timothy Turkelson
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone: (810) 766-5177
Email: Timothy.Turkelson@usdoj.gov
P53748

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013